IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| BARBARA K. SWEHLA, | ) | CV 09-66-H-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF MONTANA, | ) | |
| DEPARTMENT OF LABOR AND | ) | |
| INDUSTRY, PATRICIA BIK and | ) | |
| MARGUERITE A. CONNOR, as | ) | |
| individuals, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Stipulation of the parties filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.     That Plaintiff's § 1983 claims pled in this case against the individual Defendants Bik and Connor, and any and all other federal claims pled by Plaintiff in her Complaint, are DISMISSED WITH PREJUDICE, each party to bear its own

1

costs with respect to the dismissed claims.

     2.     This Order does not affect Plaintiff's state law claims, or any right Plaintiff may have to assert other state law claims in the future, including any claims against Defendants Bik and Connor, nor does it affect any defenses or objections Defendants may have to such claims.

     3.     No claims raising federal questions now appearing in the case, the case is REMANDED to the state court from which it was removed, namely the Montana First Judicial District Court, Lewis and Clark County.  Each party will bear its own costs with respect to any costs that may otherwise be claimed based upon removal and remand.

     DATED this 22nd day of February, 2010.

 

 

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT